

**FILED**
NOV - 2 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Thomas F. Eagleton Courthouse
111 S. 10th St., 20th Floor    314-539-2200
St. Louis, MO 63102    Fax 314-539-2309

November 2, 2010

Mr. Jim Woodward, Clerk
United States District Court
111 S. 10th Street
St. Louis, Missouri 63102

     Re: <u>MOHAMUD ABDI YUSUF, et al.</u>
           No. 4:10 CR00547 HEA TIA

Dear Mr. Woodward:

     The above indictment returned by the United States Grand Jury in the above captioned case on October 21, 2010, was ordered suppressed pending the apprehension of the defendants named herein.

     We are now informed that the indictment regarding the defendants is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

                                 Very truly yours,

                                 RICHARD G. CALLAHAN
                                 United States Attorney

                                 MATTHEW T. DRAKE, #115986
                                 Assistant United States Attorney